**Search and Seizure Warrant**

**State of Maryland**
**Allegany County**

**To:** Detective Nicholas Costello or any Duly Authorized Law Enforcement Officer

**Greetings:**

**Whereas** it appears to me, the subscriber, the Honorable ___H. Jack Price, Jr.___, Judge of the ___District___ Court of Maryland in and for Allegany County, State of Maryland, upon the oath and written information contained in the Application and Affidavit for a Search and Seizure Warrant by the Affiant hereinafter named, that there is Probable Cause to believe that evidence of a FELONY, relating to the crime of ROBBERY WITH DANGEROUS WEAPON as defined in the Annotated Code of Maryland, Criminal Law Article CR 3-403, as amended and revised, exists is contained within or upon the dwelling known as 13225 Meders Lane, Cumberland, Allegany County, Maryland.

The said dwelling, known as 13225 Meders Lane, Cumberland, Allegany County, Maryland is described as a light pink vinyl sided two- story single family residence with a white roof. There is a set of steps leading to a white wood covered front porch. The residence is the last home on the left on Meders Lane. A black mailbox with the numerals 13225, can be seen from the driveway.

The name of the affiant is Detective Nicholas J. Costello, who is a member of the Frostburg City Police Department. The affiant is currently assigned as a Criminal Investigator in the Combined County Criminal Investigation Unit (C3I).

The grounds for Search and Seizure and the basis for Probable Cause are set forth in the attached Application and Affidavit for the issuance of a Search and Seizure Warrant, which grounds are fully specified in the said Application and Affidavit for Search and Seizure Warrant affixed hereto and made a part of this Search and Seizure Warrant.

You are, therefore, commanded with the necessary and proper assistance to:

A. Enter and search the said dwelling house, known as 13225 Meders Lane, Cumberland, Allegany County, Maryland, which is more particularly described hereinbefore;

B. Detain and search any person located upon the property known as 13225 Meders Lane, Cumberland, Allegany County, Maryland;

C. Open and search any rooms, closets, compartments, containers, boxes, drawers, storage devices, and/or things in the nature thereof, locked or unlocked, which could reasonably contain evidence of the crime(s) described hereinbefore;

D. Enter and search any outbuildings, buildings, structures, storage units, boxes, compartments, or containers located upon the property or premise known as 13225 Meders Lane, Cumberland, Allegany County, Maryland, which is more particularly described hereinbefore;

E. Enter and search any vehicles located upon the said property or premise known as 13225 Meders Lane, Cumberland, Allegany County, Maryland, including but not limited to a silver or light gray van;

F. Access, enter, search, and seize, any electronic devices, including but not limited to wireless mobile phones, computers, or other electronic storage media, located within or upon the premise known as 13225 Meders Lane, Cumberland, Allegany County, Maryland;

G. Seize and examine all evidence related to the crime(s) under investigation, including but not limited to a knit cap with a brim, thick or dark rimmed glasses, semi-automatic handgun, black bag, and any other item(s) which there is probable cause to believe has been used during or produced during the commission of the crime known as robbery with a dangerous weapon;

H. Seize any papers, documents, letters, bills, or other evidence indicating who the owners, tenants, or occupants are of said residence described beforehand; and

I. Arrest any and all individuals located on said premises that may be participating in the crime under investigation.

**SUBSCRIBED and SWORN to this** 30TH **day of** MARCH **in the Year of our Lord** 2012.

_____
**JUDGE**

**Application and Affidavit for a Search and Seizure Warrant**

**State of Maryland**
**Allegany County**

**To:** The Honorable _H. JACK PRICE, Jr_, Judge of the _District_ Court of Maryland, in and for Allegany County

**APPLICATION** is hereby made for a search and seizure warrant in that there is probable cause to believe that evidence of a FELONY relating to the crime of ROBBERY WITH DANGEROUS WEAPON, as defined in Criminal Law Article CR 3-403 of the Annotated Code of Maryland as amended and revised, is contained within or upon the dwelling known as 13225 Meders Lane, Cumberland, Allegany County, Maryland.

The said dwelling, known as 13225 Meders Lane, Cumberland, Allegany County, Maryland is described as a light pink vinyl sided two- story single family residence with a white roof.  There is a set of steps leading to a white wood covered front porch.  The residence is the last home on the left on Meders Lane.  A black mailbox with the numerals 13225, can be seen from the driveway.

The name of your Affiant is Detective Nicholas J. Costello, a sworn police officer with the Frostburg City Police Department, currently assigned as a criminal investigator with the Combined County Criminal Investigation Unit in Allegany County (C3I).

Your Affiant has been a member of the Frostburg City Police Department for approximately six years and holds the rank of Corporal.  Your affiant has received formal training in conducting criminal investigations, including training specifically regarding robbery and related crimes, through the Maryland Police and Correctional Training Commissions Police Academy located in Sykesville, Maryland. Your affiant has also successfully participated in and completed a course of instruction concerning Basic Criminal Investigations through J.S. Gray and Associates, as well as numerous other law enforcement in-service training courses.

Your affiant has participated in numerous criminal investigations, including investigations relating to robbery with dangerous weapon.  Your affiant has also participated in the preparation and execution of numerous search and seizure warrants

Your Affiant further deposes and says that the facts which establish probable cause for the issuance of a Search and Seizure Warrant contained in this Affidavit are personally known to the affiant or have been related to your affiant by others involved in this investigation unless otherwise specified.

In support of this application, your Affiant deposes and says that the probable cause for this Search & Seizure Warrant is as follows:

On December 23, 2010, the First Commonwealth Bank, located at 8470 William Penn Highway, East Saint Clair Township, Bedford County, Pennsylvania, was robbed by a male suspect armed with a semi-automatic handgun.

Upon investigating, Pennsylvania police investigators learned that the suspect entered the bank at apx. 12:58 PM, approached an on-duty teller, displayed a black semi-automatic handgun, and demanded currency.  After receiving $4,605.00 in U.S. Currency, the suspect exited the bank, and entered and fled the scene in a silver or light gray van.

Upon interviewing witnesses and reviewing video surveillance footage, police learned that the suspect had made statements in the course of the robbery, such as "Don't set off your alarm or I'll shoot you".

The suspect was described and seen in video footage as being a white male subject, approximately 6'00, 200lbs, with black or dark brown hair. The suspect was wearing a distinctive wool or knit cap with a bill in front, along with thick glasses, clear plastic food-service type gloves, and a long black wool trench coat. During the robbery, the suspect brandished a black semi-automatic handgun, which he held in his right hand, and which possibly had a brown handle.

The suspect's vehicle, a silver or light gray van, was captured on video surveillance, and showed that it did not have a roof rack. Investigators showed the image(s) of the van to a Dodge vehicle dealer in Pennsylvania, who positively identified this van as a 2001-2007 model Dodge Caravan. The car dealer also indicated that it is unusual that the van did not have a roof rack, as a roof rack is usually a standard feature on this model vehicle.

On March 11, 2011 at apx. 1422 Hours, police responded M&T Bank, located at 1150 West Industrial Boulevard, Cumberland, Allegany County, Maryland, in response to an armed robbery that had just occurred there.

Upon interviewing witnesses, a bank employee, Justina Murray, who was interviewed by your affiant, indicated that she was the bank teller who had been confronted by the suspect and forced to turn over the bank's money to him.

Upon interviewing Murray, she indicated that she was on-duty at the bank, working as a teller, when the suspect in this case entered the bank. She indicated that the suspect entered through the bank doors on the Church Street side, which she considers the "front door", at approximately 1415 Hours.

Murray advised that the suspect approached her at the bank counter, upon which he began asking her questions about opening bank accounts, and making various inquiries such as the amount of interest earned on a checking account. Murray indicated that this line of questioning continued for approximately seven or eight minutes, until a nearby employee, identified as "Barb", walked away.

Murray indicated that the suspect pointed a gun at her, and demanded currency. It should be noted that video surveillance stills show the suspect holding the gun in his right hand.

Murray stated that, when the suspect pointed the firearm at her, he stated, "Give me all your hundreds". Murray indicated that she had only a single hundred dollar bill in the drawer, which she provided to the suspect. The suspect then told her that she had better give him more than that, and that he had just seen a girl walk by carrying straps of hundreds. Murray stated that the suspect then stated, "You better be giving me more straps or I'll shoot your ass." The suspect then told Murray "You've got ten seconds", and he began counting aloud from the number ten down to, and stopping at, the number seven.

As the suspect was counting, the victim began placing straps of cash onto the counter, which the suspect proceeded to take and carry out, without using a bag or container, and without saying another word, before exiting through the Church Street side door. Murray felt that the suspect probably took approximately $10,000.00.

Murray indicated that she felt that the handgun was an automatic-type pistol, which would use a magazine, and not a revolver with an exposed cylinder. She felt that the firearm was mostly black, but with a brown handle.

Murray advised that the suspect was provided with mostly straps of $20 bills, $10 bills, and $1 bills, though he may have taken a stack of one thousand dollars in hundreds or fifties.

Murray described the suspect as follows:

White Male, approximately late 40's in age, heavyset, approximately 5'5"-5'6", dark hair (largely covered by hat), dark bushy eyebrows, 'salt and pepper' mustache, dark eyes, no beard, one or two moles on facial area around mouth, no freckles, lighter complexion, wearing large "coke bottle glasses". The suspect was further described by Murray as wearing a dark hooded zip-up sweatshirt, unzipped with the hood up over top of this head, a loose fitting toboggan, which she thought may have been cut off at the bottom, and dark denim blue jeans. Murray did not observe any exposed tattoos, and did not feel that the suspect was wearing any jewelry. Murray indicated that she did not recognize the suspect from being in the bank before, and that she did not recognize him from around the community. It should also be clarified that the victim advised that the suspect did not wear a mask covering his face.

Video surveillance clarified that the suspect was wearing a distinctive wool or knit cap with a bill in front, a black hooded sweatshirt, blue jeans, and dark, thick rimmed glasses.

The amount of money stolen from M&T Bank was later confirmed to be $10,250.00 in U.S. Currency.

On June 24, 2011 at apx. 1049 Hours, police responded to Susquehanna Bank, located at 600 West Industrial Boulevard, Cumberland, Allegany County, Maryland in response to an armed robbery that had just occurred there.

Upon interviewing witnesses, Trooper Mason, who was assigned as the lead investigator, documented the following information in his report:

"I entered into the bank and made contact with Linda Lindner, the bank teller that was confronted by the suspect. Lindner was in the process of tallying up the amount of money that was taken in the robbery. I was advised that the other tellers were filling out Hold Up Description Sheets that were provided through the bank.

I then contacted the one customer that was still in the bank, Terry Lee Wotring, W/M, DOB: 07/29/1958. Wotring told me that he was in front of the teller's windows when the suspect entered into the back through the rear entrance. He told me the suspect moved from window to window then turned and pointed a gun at him and told him to, "Get out of the way". Wotring told me that he moved over into the corner of the lobby. Wotring advised me the suspect then pointed the gun at one of the cashiers and stated, "Give me the money and don't give me any funny money". I asked Wotring about the gun and he told me it was a black semi-automatic pistol with a longer barrel. I asked him if he could give me a description of the suspect. Wotring told me the suspect is a W/M, in his mid 30's to 40's, medium build, appeared to be unshaven. I asked him about the clothing the suspect was wearing. He told me the suspect was wearing black glasses and a hat, but could give no further description of the clothing. I asked him if there was anything else that he could remember about the suspect and Wotring told me that he thinks the suspect is right handed. I made sure that I had all of his information and I advised him that he was free to leave.

I was then provided with surveillance photos of the suspect and had several copies made to disseminate to the troops on the road. Pictures of the suspect show that he is a W/M, medium to stocky build, with a possible goatee, approximately 40-50 YOA. During the robbery he was wearing black tennis shoes, white socks, blue knee length shorts (possibly blue jean material), a dark colored T-shirt with another white shirt on underneath, black heavy framed glasses, and a dark colored knit hat with a brim. The pictures showed the suspect displaying a black semi-automatic, large frame pistol. In looking at the pictures it appeared the suspect was the same individual that robbed the M&T Bank in March 2011.

I then made contact by telephone with Mr. John Flemming, Loss Prevention Supervisor for Susquehanna Bank at telephone #: 717-625-6570. I advised Flemming that I was investigating the robbery. Flemming advised me that the bait money had been activated and a GPS signal was obtained. I advised Flemming that Sgt. Goldstrom was heading up the GPS track of the money.

I made contact with Sgt. Goldstrom and relayed the information that I had obtained so far. Goldstrom told me that they were tracking the GPS signal at that time and it was leading them to the area of Baltimore Street and Decatur Street in the city.

I then talked to Linda Lindner about the facts of the case. Lindner told me that she had completed the count of the money and a total of $4,598 had been stolen from the bank. Lindner also provided me with a copy of the record of bait money that had been removed from the drawer. I asked Lindner if she could tell me what she remembered about the robbery. Lindner advised me the suspect approached her at her window and asked about opening a new account. She told him about the requirements for opening an account and she asked him to have a seat and a representative would talk with him. At that time the suspect pointed a gun at her and told her that he wanted money. She told me that the window that she was at wasn't open and didn't have any money. She walked to her window which was the next one over and proceeded to give him the money that was in her top drawer. The suspect then asked her for more money and told her that she had 20 seconds. Lindner told me that she gave him a strap of money which was $2,000 in twenty dollar bills. The suspect then ran out of the rear of the bank, up Wempe Drive towards Oldtown Rd.

I asked Lindner if she could provide me with a description of the suspect. She told me he was a W/M, approx. 5-07, 185 lbs, medium build. She stated that it looked like he had a tan and possibly a black mustache. Lindner advised there was nothing unique about his speech and she detected no accent. I asked her what the gun looked like. Lindner told me the gun was a pistol, black in color. I asked her what she remembered the suspect wearing. She told me he had glasses with black frames. He was wearing blue jean shorts, long in length, dark colored T-shirt, and a gray toboggan style hat.

I then talked to Laurie Brown, who is a teller at the bank. She told me that she heard the suspect asking about opening an account and then telling Lindner that he wanted her to give him money. Brown told me that she saw the gun which she described as a handgun, black in color. She said the suspect said to give him money in 20 seconds or he would shoot. The suspect told her not to give him anything funny or else. Her description of the suspect matched the one provided to me by Lindner.

I was provided with copies of the Hold Up Description Sheets that were filled out by all of the employees that were present during the robbery and the customer. One of the description sheets filled out by Laura Kennell stated that she was outside of the bank in the parking lot when the suspect entered the bank. She states that she observed him walk in the alley coming from the direction of Wempe Drive and then enter the bank. Kennell continued to remove some things from her car and never saw the suspect leave the bank. Kennell states that as she walked toward the bank she visited with a customer that was in the parking lot and then she saw the bank manager come outside and told them that they could not come into the bank and then she locked the door.

I then responded to the area of Decatur Street and Baltimore Street where the GPS Tracker stopped transmitting. Units had checked the area and surrounding buildings with negative results. The GPS tracking unit was never located so it is unclear whether the suspect disabled the device or destroyed it.

On September 13, 2011 at apx. 1041 Hours, police responded to M&T Bank, located at 1150 West Industrial Boulevard, Cumberland, Allegany County, Maryland, in response to an armed robbery that had just occurred there.

Upon interviewing witnesses, police learned that the suspect entered the bank, displayed a handgun, and demanded U.S. currency. The suspect was ultimately provided with $16,358.00 in U.S. Currency which was taken during the robbery. The witnesses indicated that this was the same person who had previously robbed them, and one witness indicated that he was more aggressive during this instance than the one before.

Police were also advised that, during this robbery, the suspect made statement such as, "Give me your money, bitch!", and, "I'll shoot your manager!".

In this case, the suspect was wearing a distinctive wool or knit toboggan hat with a bill in front, dark thick rimmed glasses, a dark t-shirt, shorts, and tennis shoes. The suspect also had with him a black bag with handles attached to the top. A witness described the bag as being leather-like and stiff, something like a doctor's bag. In this incident, the suspect brandished a black semi-automatic handgun, in his right hand.

On March 16, 2012 at apx. 1344 Hours, West Virginia police responded to BB&T Bank, located at State Route 28 and Carroll Lane, Fort Ashby, West Virginia, in response to an armed robbery that had just occurred there.

Responding officers learned from witnesses that a male subject had entered the bank, and began inquiring about opening a bank account. As the employee was telling him that the person he would need to speak with is out to lunch, the suspect brandished a black semi-automatic handgun, pointed it at the employee and demanded money.

During this interaction, he told the employees not to hit the alarm, and made statements such as "Don't make me shoot you".

During this robbery, the suspect obtained $7,481.00 in U.S. Currency, before fleeing the bank.

The suspect was described as being a white male, bald with black hair on the sides, big frame glasses, medium build, wearing a bright red t-shirt, black shorts, tennis shoes, apx. 5'10-6'00 height, apx. 185lbs. He had with him a black bag, which had the same type of handles as seen in the M&T Bank robbery on 9/13/11. This bag appears to be flat and something like a doctor's bag.

During witness interviews, police learned that on Thursday, March 15, 2012, the same person who later robbed the bank, was observed parking a white Chevrolet vehicle (uncertain model) in the area of some trailers in Fort Ashby. The suspect exited the vehicle and walked up and down the street several times, in the area of several banks, including BB&T Bank.

Police further learned that on Friday, March 16, 2012 the same witness observed the same suspect again seen walking in the same area, while carrying a bag, During witness interviews, police learned that a white vehicle of an unknown make or model was again parked near the trailers while he was walking.

The witness thought that the suspect's vehicle had a magnetic dealer tag, and lettering in the windshield, such as a price or year.

On March 29, 2012, C3I Investigators received information that employees/representatives of Ace's Used Auto in Ridgeley, WV had information concerning this case. Upon speaking with the employees there, they indicated that on Thursday, March 15, 2012, a subject known to them as John Allen Talerico – W/M DOB 05/31/1962 had been at their car dealership, and test drove vehicles on both Thursday, March 15, 2012 and again on Friday, March 16, 2012.

John Clites Jr, an employee at Ace's, indicated that he is neighbors with Talerico, and also familiar with him through the car dealership. Clites noted that on March 15, 2012, he happened upon Talerico in Fort Ashby, in the area of Wayne's Meats, which is near the BB&T Bank. Talerica proceeded to follow Clites Jr. to the car dealership, where Talerico test drove a white Chevrolet Monte Carlo. The vehicle had a magnetic dealer tag during the test drive, and displayed large numbers in the windshield, on the passenger's side of the vehicle.

Clites and the employees of Ace's indicated that on Thursday, March 15, 2012, Talerico was wearing a t-shirt of the color that the suspect was later wearing on Friday during the bank robbery, based on video surveillance still images shown.

The employees indicated that on Friday, March 16, 2012, Talerico returned to Ace's, and test drove a white Chevrolet Impala. The employees, who were shown a still surveillance photograph of the robbery occurring, stated that when Talerico entered the Impala, he brought a black bag with him from his own vehicle, and they positively identified it as being the same type of bag carried by the robber, during the robbery. They further indicated that, when Talerico returned with the Impala, which he did not purchase, he remained at the car dealership for a while, and wanted to buy everyone drinks. They indicated that Talerico did end up buying them drinks, and that he removed cash from the same black bag, in order to purchase the drinks.

The employees also indicated that Talerico test drove the Impala during a timeframe that coincides with the time that the robbery occurred. Further, that he had taken the test drive before the robbery and returned it after the robbery had occurred.

They also noted that, when Talerico was at the car dealership, he had a full head of hair, and suggested that the bald appearance of the robber was the result either of him wearing a bald cap or possibly that he may wear a toupee.

Further, Clites advised that he has been inside Talerico's home before, in the fall or late 2011, and that Talerico showed Clites coffee cans filled with rolls of $100.00 bills. CLites indicated that Talerico has been telling them that he works for Homeland Security, and that he is often out of the area.

Ace's personnel also indicated that Talerico purchased a truck from Ace's on 9/14/11, which he paid for in cash in the amount of $1500.00. It should be noted that one of the bank robberies at M&T Bank occurred on 9/13/11. They also indicated that Talerico has a silver or light colored van that my have New York plates on it. Surveillance of Talerico's residence conducted on 3/30/12, confirmed that Talerico's residence had a silver Chrysler product van parked there, which did not have a roof rack.

In summary and for clarification, a total of five bank robberies are known to police to have occurred between 12/23/10 and 3/16/12, each of which share similar factors. In each case, a white male suspect, brandishing a black semi-automatic handgun, enters the bank, demands, and receives currency.

In five of the robberies, the suspect is seen wearing thick glasses, and brandishing a handgun.

In five of the robberies, the suspect appears to have the same general facial appearance, as well as the same general build and physical characteristics.

In four of the robberies (First Commonwealth, M&T, Susquehanna, and M&T), the suspect is seen wearing the same type of knit cap with a brim.

In two of the robberies (M&T and BB&T), the suspect carried the same type of bag. This same bag was also observed by Ace's Used Auto personnel, and was carried by John Allen Talerico while test driving a white Chevrolet Impala, on the same date, and contemporaneous with the robbery at BB&T bank.

In the robbery at Susquehanna Bank, the tracking device ended on the stolen money ceased tracking somewhere near Decater Street and Baltimore Avenue in Cumberland, AC, MD. The known residence of John Allen Talerico is located at 13225 Meders Lane, Cumberland, Allegany County, Maryland. This would be an appropriate direction of travel for a person fleeing from Susquehanna Bank and traveling to Talerico's residence.

In the robbery at First Commonwealth Bank in Pennsylvania, the suspect was seen fleeing in a silver of light colored van with no roof rack, later determined to be a 2001-2007 Dodge Caravan. A vehicle of the same type was observed by police parked in Talerico's driveway on March 30, 2012, which is unique in that it does not have a roof rack

In the fall/late 2011, John Clites Jr observed that Talerico possessed coffee cans in his home which contained rolls of $100 bills. This was confirmed by Scott Puffenbarger, who has also been inside Talerico's residence, and who also observed coffee cans containing rolls of U.S. Currency.

On 9/14/11, Talerico purchased a truck for 1500.00, which he paid for in cash. This occurred the day after the second M&T Bank robbery (9/13/11).

The investigation thus far leads your affiant to believe that the same suspect committed all five robberies. This belief is supported by the surveillance photos from each individual incident. Your affiant believes that the numerous similarities and common factors among these robberies demonstrates that the suspect in the case is John Allen Talerico.

Your affiant knows through his training, knowledge, and experience, that persons who engage in robbery offenses frequently store, possess, or conceal evidence of the said crimes within and upon their dwellings, vehicles, and persons. Such evidence may consist of, but is not necessarily limited to fruits of the crime, instrumentalities of the crime, clothing worn during the commission of the crime, or other evidence which can be of substantial evidentiary value in any criminal investigation and subsequent prosecution.

Further, your affiant knows through his training, knowledge, and experience that suspects who engage in criminal activity such as robbery with dangerous weapon frequently utilize electronic devices to communicate, research, store, or document information regarding the commission of these crimes. Electronic devices used can include but are not limited to wireless mobile phones, computers, and electronic storage media. Such devices can obtain evidence of substantial evidentiary value in any criminal investigation and subsequent prosecution.

Your Affiant therefore prays that a Search and Seizure warrant be issued for the aforesaid dwelling, known as 13225 Meders Lane, Cumberland, Allegany County, Maryland, which is more particularly described hereinbefore, with the necessary and proper assistance to:

A. Enter and search the said dwelling house, known as 13225 Meders Lane, Cumberland, Allegany County, Maryland, which is more particularly described hereinbefore;

B. Detain and search any person located upon the property known as 13225 Meders Lane, Cumberland, Allegany County, Maryland;

C. Open and search any rooms, closets, compartments, containers, boxes, drawers, storage devices, and/or things in the nature thereof, locked or unlocked, which could reasonably contain evidence of the crime(s) described hereinbefore;

D. Enter and search any outbuildings, buildings, structures, storage units, boxes, compartments, or containers located upon the property or premise known as 13225 Meders Lane, Cumberland, Allegany County, Maryland, which is more particularly described hereinbefore;

E. Enter and search any vehicles located upon the said property or premise known as 13225 Meders Lane, Cumberland, Allegany County, Maryland, including but not limited to a silver or light gray van;

F. Access, enter, search, and seize, any electronic devices, including but not limited to wireless mobile phones, computers, or other electronic storage media, located within or upon the premise known as 13225 Meders Lane, Cumberland, Allegany County, Maryland;

G. Seize and examine all evidence related to the crime(s) under investigation, including but not limited to a knit cap with a brim, thick or dark rimmed glasses, semi-automatic handgun, black bag, and any other item(s) which there is probable cause to believe has been used during or produced during the commission of the crime known as robbery with a dangerous weapon;

H. Seize any papers, documents, letters, bills, or other evidence indicating who the owners, tenants, or occupants are of said residence described beforehand; and

I. Arrest any and all individuals located on said premises that may be participating in the crime under investigation.

SUBSCRIBED and SWORN to this 30TH day of MARCH in the Year of our Lord 2012.

_____
AFFIANT

Before me, the Honorable H. JACK PRICE, JR., a DISTRICT Court Judge of the State of Maryland, in and for Allegany County, this 30TH day of MARCH, 2012, personally appeared Detective Nicholas J. Costello, personally known to me or properly identified, and made oath that the contents of the foregoing document are true and correct.

_____
JUDGE

Page 8 of 8

MJG-12-0347-00942